UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE JEAN LOUIE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | No. 2:18-cv-2416 DB<br><br><br>ORDER |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. (ECF No. 3.) Plaintiff's in forma pauperis application, however, is incomplete as plaintiff has not answered most of the questions posed by the form.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit a completed in forma pauperis application within 21 days of the date of this order.

Dated: October 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\louie2416.ifp.form.ord

1